AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Loren A. | U.S. Court of Federal Claims, Washington D.C. | 8/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of Federal Claims Judge - Senior Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Place, NW
Washington D.C. 20439

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Community Advisory Council/Board of Trustees | WETA Public TV & Radio |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Loren A.** | 8/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Loren A. | 8/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Loren A.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Xerox | C | Dividend | J | T | | | | | |
| 2. Chevron Stock | C | Dividend | J | T | | | | | |
| 3. BB&T IRA | D | Interest | J | T | | | | | |
| 4. Bank of America Merrill Lynch Fidelity Advisor Financial Svs. | A | Interest | J | T | | | | | |
| 5. Bank of America Merrill Lynch CYTEC Inds. | A | Dividend | J | T | | | | | |
| 6. Bank of America Merrill Lynch Dow Chemical | A | Dividend | J | T | | | | | |
| 7. Bank of America Merrill Lynch Fidelity Advisory Equity Value | B | Dividend | J | T | | | | | |
| 8. Bank of America Merrill Lynch Equity Growth | A | Dividend | K | T | | | | | |
| 9. Bank of America Merrill Lynch Northrop Grumman Corp. Holding | A | Dividend | J | T | | | | | |
| 10. Corteva Inc. | A | Dividend | J | T | | | | | |
| 11. Bank of America Merrill Lynch Southern Co. | A | Dividend | J | T | | | | | |
| 12. Fidelity A.E. Fidelity Technology | A | Dividend | J | T | | | | | |
| 13. Fidelity A.E. Hartford Mid Cap Class A | A | Dividend | K | T | | | | | |
| 14. Fidelity A.E. Columbia High Income | B | Interest | K | T | | | | | |
| 15. Fidelity A.E. Columbia Cash Reserves | A | Interest | J | T | | | | | |
| 16. WF Advantage Money Market Daily Class | A | Interest | K | T | | | | | |
| 17. PNC IRA - Cash | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Loren A.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Bank of America IRA - Cash | A | Interest | J | T | | | | | |
| 19. Sun National Bank IRA - Cash | A | Interest | J | T | | | | | |
| 20. TIAA CREF Deferred Annuity | A | Dividend | K | T | | | | | |
| 21. Conduent | A | Dividend | J | T | | | | | |
| 22. Columbia Dividend Inc. Fund | A | Dividend | K | T | | | | | |
| 23. Goldman Sachs TR Income Builder | B | Dividend | L | T | | | | | |
| 24. Loomis Sayles Strategic Income Fund | B | Dividend | K | T | | | | | |
| 25. Goldman Sachs Growth & Income Fund | A | Dividend | K | T | | | | | |
| 26. MFB Northern Funds Emerging Markets Equityindex (MOEMX) | A | Dividend | K | T | | | | | |
| 27. MFB Northern High Yield Fixed Income Fund (NHFIX) | D | Interest | L | T | | | | | |
| 28. University N Mex UNIV REVS REF-SER A | A | Interest | J | T | | | | | |
| 29. Peidmont Municipal Power Agy S C Elec Rev | A | Interest | J | T | | | | | |
| 30. MFB Northern Funds Inter Tax Exempt FD (NOITX) | D | Interest | N | T | | | | | |
| 31. MFC Flexshares TR IBOXX 3 YR TargetDuration TIPS Index FD (TDTT) | A | Dividend | J | T | | | | | |
| 32. MFB Northern FDS Global Real Estate Index FD (NGREX) | A | Dividend | J | T | | | | | |
| 33. MFC Flexshares TR Morningstar GlobalUpstream Nat Res Index FD (GUNR) | A | Dividend | K | T | | | | | |
| 34. MFC Flexshares TR STOXX Global Broad Infrastructure Index FD | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Loren A.** | 8/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The MFB Northern FDS Active M Emerging Markets Equity Fund from the 2018 portfolio has been redistributed into MFC Flexshares TR STOXX Global Broad Infrastructure Index FD.

The Wachovia High Portfolio Money Market moneys merged into the WF Advantage Money Market Daily Class account.

Praxair was eliminated from the Merill Lynch funds and replaced by Corteva, Inc. due to the reorganization of that company.

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Loren A.** | 8/12/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Loren A. | 8/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Loren A. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544